372 A.2d 425
Commonwealth v. Legree, Appellant.

Argued December 8, 1976. Harry W. Farmer, Jr., Assistant Public Defender, with him John R. Merrick, Public Defender, for appellant; James Curtis Joyner, Assistant District Attorney, and William H. Lamb, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 425
Commonwealth v. Lewis, Appellant.

Argued April 13, 1976. Harold J. Bender, Assistant Public Defender, for appellant; Bernard L. Siegel, First Assistant District Attorney, and Robert H. Chase, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.